## ■
**James Mark TAYLOR, Respondent,**

v.

**Deanna K. TAYLOR, Appellant.**

**No. WD 59617.**

Missouri Court of Appeals,
Western District.

Submitted Oct. 17, 2001.

Decided March 5, 2002.

Barbara L. Teeple, Tipton, MO, for Appellant.

Karen Marie Hunt, Sedalia, MO, for Respondent.

Before JAMES M. SMART, JR., HAROLD L. LOWENSTEIN, and JOSEPH M. ELLIS, JJ.

### Order

PER CURIAM.

Deanna Taylor appeals the rulings of the trial court on a motion for contempt and a motion to execute on an appeal bond. Having carefully considered the contentions on appeal, we conclude the judgment should be affirmed. A published opinion would lack precedential value. A memorandum as to the reasons for our decision has been furnished to the parties. Rule 84.16(b).